UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

C.H. ROBINSON WORLDWIDE, INC.,

    **Plaintiff,**

vs.                                      Case No.: 8:06-CV-2172-T-27EAJ

B & G PRODUCE, INC.; et al.,

    **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiff's Motion for Preliminary Injunction (Dkt. 2) be granted (Dkt. 15). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1) The Report and Recommendation (Dkt. 15) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review;

2) Plaintiff's Motion for Preliminary Injunction (Dkt. 2) is **GRANTED**;

3) Defendants and their officers, agents, servants, employees, assigns, attorneys, and financial institutions are restrained from dissipating, disbursing, or otherwise encumbering any and

all funds, monies, and/or unliquidated interests of any type whatsoever now in their possession and/or under their control, as well as any and all funds and/or monies hereinafter received until sums owed to Plaintiff are paid in full;

4) Defendants are ordered to pay Plaintiff through counsel or deposit into the court registry the amount of $30,263.13 (Dkt. 19) and provide Plaintiff's counsel with a current accounting of business operations, including, but not limited to, records concerning B&G Produce Inc.'s assets, bank accounts, accounts receivable, accounts payable, operating expense and sales, and a complete list of all PACA trust creditors;

5) Plaintiff shall serve a copy of this Order on Defendants within three (3) days of its issuance.

**DONE AND ORDERED** in chambers this 3rd day of January, 2007.

JAMES D. WHITTEMORE
**United States District Judge**

Copies to:
Counsel of Record